UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEONTAI DEJUAN BERRY,

Plaintiff,

v.

KING COUNTY, *et al.*,

Defendants.

CASE NO. 2:25-cv-02455-TMC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1) The R&R is ADOPTED.

(2) Defendants' Motion to Dismiss (Dkt. 14) is granted, and Plaintiff's claims are dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 7th day of August, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge